IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Action No. 5:11-cv-00684-FL

| | |
|---|---|
| EXCLAIM MARKETING, LLC )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DIRECTV, INC. and DIRECTV )<br>OPERATIONS, LLC, )<br>)<br>)<br>Defendants. ) | **ORDER GRANTING<br>PLAINTIFF EXCLAIM MARKETING,<br>LLC'S MOTION TO SEAL** |

Plaintiff Exclaim Marketing, LLC ("Exclaim") has moved to seal Exhibit 1 and Exhibit 2 to Exclaim Marketing LLC's Motion to Compel, which was filed on April 17, 2013 as Docket Entry 58.

It appearing to the Court that good cause exists for sealing Exhibit 1 and Exhibit 2 and that said Motion should be allowed; and further

Appearing that the request to seal overcomes the common law or First Amendment presumption to access;

Appearing that Exhibit 1 and Exhibit 2 contains non-public, confidential business or technical information of the parties, the public disclosure of which would potentially harm the parties; and it further

Appearing that there are no adequate alternatives to sealing this document; and it further

Appearing that Defendants DIRECTV, INC. and DIRECTV OPERATIONS, LLC have consented to this Motion.

**IT IS SO ORDERED.** Because only the exhibits to the motion to compel are to be filed under seal, plaintiff is directed to refile the motion to compel, and separately file the exhibits 1 and 2 as proposed sealed exhibits. So ordered this 13th day of May, 2013.

LOUISE W. FLANAGAN
United States District Judge