IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA

Case No. 5:11-CV-684-FL

| | |
|---|---|
| EXCLAIM MARKETING, LLC,, <br><br> Plaintiff, <br><br><br><br> DIRECTV, INC. and DIRECTV OPERATIONS, LLC,, <br><br> Defendants. | **ORDER GRANTING DEFENDANTS DIRECTV, INC. AND DIRECTV OPERATIONS, LLC'S MOTION FOR LEAVE TO FILE UNDER SEAL** |

Defendants DIRECTV, Inc. and DIRECTV Operations, LLC ("DIRECTV") has moved for leave to file (A) pages 4-6, 9-11, 14-15, 19, and 21-23 of DIRECTV's Memorandum of Points and Authorities in Support of Its Motion for Summary Judgment; (B) Exhibit 1 to the Affidavit of Kristin L. Haley; (C) Exhibits 5-8, 17, and 18 to the Affidavit of A.J. Bedel; (D) Exhibit 1 to the Affidavit of Brian C. Vick; and (E) Exhibit 9 to the Affidavit of Brian Vick (collectively, the "Material") under seal.

It appearing to the Court that good cause exists for filing the Material under seal and that said Motion should be allowed; and it further

Appearing that the request to seal overcomes the common law or the First Amendment presumption to access;

Appearing that the Material contains non-public, confidential business or technical information of the parties, the public disclosure of which would potentially harm the parties; and it further

Appearing that there are no adequate alternatives to sealing these documents; and it further

1

Appearing that Plaintiff Exclaim Marketing, LLC has consented to this Motion

**IT IS SO ORDERED.**

DATED:   OCTOBER 1 , 2013                _____
                                                                 The Honorable Louise W. Flanagan
                                                                    United States District Judge