IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:11-CV-684-FL

| | |
|---|---|
| EXCLAIM MARKETING, LLC,,<br><br>Plaintiff,<br><br><br>DIRECTV, INC. and DIRECTV OPERATIONS, LLC,,<br><br>Defendants. | **ORDER GRANTING DEFENDANTS DIRECTV, INC. AND DIRECTV OPERATIONS, LLC'S MOTION FOR LEAVE TO FILE UNDER SEAL** |

Defendants DIRECTV, Inc. and DIRECTV Operations, LLC (collectively "DIRECTV") has moved for leave to file (A) pages 8, 9, 14, and 21 of DIRECTV's Memorandum of Points and Authorities in Opposition to Plaintiff Exclaim Marketing, LLC's Motion for Partial Summary Judgment; (B) Exhibits 2-5 to the Affidavit of Kristin L. Haley; (C) Exhibits 4 and 10 to the Affidavit of A.J. Bedel; and (D) Exhibit 1 to the Affidavit of Evelyn Ko (collectively, the "Material") under seal.

It appearing to the Court that good cause exists for filing the Material under seal and that said Motion should be allowed; and it further

Appearing that the request to seal overcomes the common law or the First Amendment presumption to access;

Appearing that the Material contains non-public, confidential business or technical information of the parties, the public disclosure of which would potentially harm the parties; and it further

1

Appearing that there are no adequate alternatives to sealing these documents; and it further

Appearing that Plaintiff Exclaim Marketing, LLC has consented to this Motion.

**IT IS SO ORDERED.**

DATED: _____OCTOBER 1_____, 2013  
                                                       The Honorable Louise W. Flanagan  
                                                       United States District Judge