IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:11-CV-684-FL

| | |
|---|---|
| EXCLAIM MARKETING, LLC,, <br><br> Plaintiff, <br><br><br> DIRECTV, INC. and DIRECTV OPERATIONS, LLC,, <br><br> Defendants. | **ORDER GRANTING DEFENDANTS DIRECTV, INC. AND DIRECTV OPERATIONS, LLC'S MOTION FOR LEAVE TO FILE UNDER SEAL** |

Defendants DIRECTV, Inc. and DIRECTV Operations, LLC (collectively "DIRECTV") has moved for leave to file (A) page 6 of Plaintiff's Memorandum in Support of Motion for Partial Summary Judgment ("Plaintiff's Memo") (D.E. #42 at 6); (B) page 7 of Exhibit 1 to Plaintiff's Memo (D.E. #42 at 20); and (C) Exhibit B to the Stefanik Affidavit filed in support of Plaintiff's Memo (D.E. #43 at 7-25) (collectively, the "Material") under seal.

It appearing to the Court that good cause exists for filing the Material under seal and that said Motion should be allowed; and it further

Appearing that the request to seal overcomes the common law or the First Amendment presumption to access;

Appearing that the Material contains non-public, confidential business or technical information of the parties, the public disclosure of which would potentially harm the parties; and it further

Appearing that there are no adequate alternatives to sealing these documents; and it further

1

Appearing that Plaintiff Exclaim Marketing, LLC has consented to this Motion.

**IT IS SO ORDERED.**

DATED: _____OCTOBER 1__, 2013   _____
The Honorable Louise W. Flanagan
United States District Judge