IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:11-CV-684-FL

| | |
|---|---|
| EXCLAIM MARKETING, LLC,, <br><br> Plaintiff, <br><br> v. <br><br> DIRECTV, INC. and DIRECTV OPERATIONS, LLC, <br><br> Defendants. | **ORDER GRANTING DEFENDANTS DIRECTV, INC. AND DIRECTV OPERATIONS, LLC'S CONSENT MOTION FOR LEAVE TO FILE UNDER SEAL** |

Defendants DIRECTV, Inc. and DIRECTV Operations, LLC (collectively "DIRECTV") has moved for leave to file and maintain under seal: (A) page 7 of Plaintiff's Memorandum in Opposition to Motion in Limine to Exclude Expert Testimony ("Plaintiff's Opposition Memo") (Opp. at 7); and (B) Exhibit 1 to Plaintiff's Opposition Memo (Opp. at 3-5) (collectively, the "Material").

It appearing to the Court that: good cause exists for filing the Material under seal and that said Motion should be allowed; the request to seal overcomes the common law or the First Amendment presumption to access; the Material contains non-public, confidential business or technical information of DIRECTV, the public disclosure of which would potentially harm DIRECTV; there are no adequate alternatives to sealing these documents; and that Plaintiff Exclaim Marketing, LLC has consented to this Motion. **IT IS SO ORDERED.**

DATED: September, 26 , 2014          _____
                                      The Honorable Louise W. Flanagan
                                      United States District Judge