IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Action No. 5:11-cv-00684-FL

| | | |
|---|---|---|
| EXCLAIM MARKETING, LLC | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER GRANTING** |
| v. | ) | **PLAINTIFF EXCLAIM MARKETING,** |
| | ) | **LLC'S MOTION TO SEAL** |
| DIRECTV, INC. and DIRECTV | ) | |
| OPERATIONS, LLC, | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

Plaintiff Exclaim Marketing, LLC ("Exclaim") has moved to seal Exhibit 11 to the Declaration of A.J. Bedel, filed as Docket Entry 128-4.

It appearing to the Court that good cause exists for sealing Exhibit 11 and that said Motion should be allowed; and further

Appearing that the request to seal overcomes the common law or First Amendment presumption to access;

Appearing that Exhibit 11 contains non-public, confidential business or technical information of the parties, the public disclosure of which would potentially harm the parties; and it further

Appearing that there are no adequate alternatives to sealing this document.

**IT IS SO ORDERED.**

DATED: November 12, 2014.

_____
The Honorable Louise W. Flanagan
United States District Judge