IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:11-CV-684-FL

| | |
|---|---|
| EXCLAIM MARKETING, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) **ORDER ON PLAINTIFF** |
| v. | ) **EXCLAIM MARKETING, LLC AND** |
| | ) **DEFENDANT DIRECTV, LLC'S JOINT** |
| DIRECTV, LLC, | ) **MOTION SETTING THE POST-TRIAL** |
| | ) **BRIEFING SCHEDULE** |
| Defendant. | ) |
| | ) |
| | ) |

Upon consideration of Plaintiff Exclaim Marketing, LLC ("Exclaim") and Defendant DIRECTV, LLC's ("DIRECTV") Joint Motion Setting The Post-Trial Briefing Schedule, and for good cause shown, the parties' Motion is GRANTED. It is hereby ORDERED that the parties shall file their post-trial motions and supporting memoranda on or before January 19, 2015. The parties shall file opposing briefs on or before February 9, 2015. Any reply briefs shall be filed on or before February 23, 2015.

DATED: _____December 3, 2014_____  _____
The Honorable Louise W. Flanagan
United States District Judge