IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:11-CV-684-FL

| | |
|---|---|
| EXCLAIM MARKETING, LLC,<br><br>    Plaintiff,<br><br>DIRECTV, LLC,<br><br>    Defendant. | **ORDER GRANTING CONSENT MOTION TO FILE EXCLAIM'S MOTION FOR AN AWARD OF ATTORNEYS' FEES (D.E. # 205), ITS SUPPORTING MEMORANDUM (D.E. # 206), DIRECTV, LLC'S MEMORANDUM IN OPPOSITION TO EXCLAIM'S MOTION FOR ATTORNEYS' FEES (D.E. # 227), AND THE DECLARATIONS IN SUPPORT OF THE OPPOSITION (D.E. # 228 AND 229) UNDER SEAL** |

Defendant DIRECTV, LLC ("DIRECTV"), with the consent of Plaintiff, has moved to seal (A) Exclaim Marketing LLC's ("Exclaim") Motion For An Award Of Attorneys' Fees (D.E. # 205), (B) Exclaim's Memorandum In Support of Its Motion For An Award Of Attorneys' Fees (D.E. # 206), (C) DIRECTV's Memorandum In Opposition To Exclaim's Motion For Attorneys' Fees (D.E. # 227), and (D) the Declarations in support thereof (D.E. # 228 and 229) and their exhibits.

It appearing to the Court that good cause exists for filing the above-referenced Material under seal and that said Motion should be allowed; and it further

Appearing that the request to seal overcomes the common law or the First Amendment presumption to access;

Appearing that the Material contains confidential information concerning the compromise negotiations of the parties, the public disclosure of which would potentially harm the parties; and it further

Appearing that there are no adequate alternatives to sealing these documents; and it further

Appearing that Plaintiff Exclaim Marketing, LLC has consented to this Motion.

**IT IS SO ORDERED.**

DATED: <u>February 23</u>, 2015      _____
　　　　　　　　　　　　　　　　　　　The Honorable Louise W. Flanagan
　　　　　　　　　　　　　　　　　　　　United States District Judge