IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:11-CV-684-FL

EXCLAIM MARKETING, LLC,,

    Plaintiff,

DIRECTV, LLC,

    Defendants.

**ORDER GRANTING DIRECTV'S MOTION TO MAINTAIN EXCLAIM'S REPLY IN SUPPORT OF ITS MOTION FOR AN AWARD OF ATTORNEYS' FEES (D.E. # 250) UNDER SEAL**

    Defendant DIRECTV, LLC ("DIRECTV"), with the consent of Plaintiff, has moved to seal Exclaim Marketing LLC's ("Exclaim") Reply In Support Of Its Motion For An Award Of Attorneys' Fees (D.E. # 250).

    It appearing to the Court that good cause exists for maintaining the above-referenced Material under seal and that said Motion should be allowed; and it further

    Appearing that the request to seal overcomes the common law or the First Amendment presumption to access;

    Appearing that the Material contains confidential information concerning the compromise negotiations of the parties, the public disclosure of which would potentially harm the parties; and it further

    Appearing that there are no adequate alternatives to sealing these documents; and it further

    //

    //

Appearing that Plaintiff Exclaim Marketing, LLC has consented to this Motion.

**IT IS SO ORDERED.**

DATED: _____March 11__, 2015      _____
　　　　　　　　　　　　　　　　　　　　　The Honorable Louise W. Flanagan
　　　　　　　　　　　　　　　　　　　　　United States District Judge