IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Action No. 5:11-cv-00684-FL

| | |
|---|---|
| EXCLAIM MARKETING, LLC ) | |
| ) | |
| Plaintiff, ) | |
| ) | **ORDER GRANTING** |
| v. ) | **PLAINTIFF EXCLAIM MARKETING,** |
| ) | **LLC'S MOTION TO SEAL** |
| DIRECTV, INC. and DIRECTV ) | |
| OPERATIONS, LLC, ) | |
| ) | |
| ) | |
| Defendants. ) | |

Plaintiff Exclaim Marketing, LLC ("Exclaim") has moved to seal three documents filed on October 15, 2015: Plaintiff's Motion to Stay Enforcement of the Judgment Until Its Appeal Is Finally Determined; Declaration of Rick Stefanik in Support of Plaintiff's Motion to Stay Enforcement of the Judgment Until Its Appeal Is Finally Determined; and Plaintiff's Memorandum in Support of Its Motion to Stay Enforcement of the Judgment Until Its Appeal Is Finally Determined (collectively, the "Documents").

It appearing to the Court that good cause exists for sealing the Documents and that said Motion should be allowed; and further

Appearing that the request to seal overcomes the common law or First Amendment presumption to access;

Appearing that the Documents contain non-public, confidential business or technical information of Exclaim, the public disclosure of which would potentially harm Exclaim; and it further

Appearing that there are no adequate alternatives to sealing the Documents.

**IT IS SO ORDERED.**

DATED: December 2, 2015.

_____
The Honorable Louise W. Flanagan
United States District Judge